NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1142

YANTAI TIMKEN CO., LTD. and THE TIMKEN COMPANY,

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee,

and

PEER BEARING COMPANY,

Defendant-Appellee.

William A. Fennell, Stewart and Stewart, of Washington, DC, argued for the plaintiffs-appellants. With him on the brief was Terence P. Stewart.

Jeanne E. Davidson, Director, Civil Division, Commercial Litigation Branch, United States Department of Justice, argued for all defendants-appellees. With her on the brief were Gregory G. Katsas, Assistant Attorney General, Patricia M. McCarthy, Assistant Director, and L. Misha Preheim, Trial Attorney. Of counsel on the brief was Melanie A. Frank, Senior Attorney, International Office of the Chief Counsel for Import Administration, United States Department of Commerce, of Washington, DC.

John M. Gurley, Arent Fox, LLP, of Washington, DC, for the defendant-appellee Peer Bearing Company. With him on the brief were Diana Dimitriuc Quaia and Nancy A. Noonan.

Appealed from: United States Court of International Trade

Senior Judge Nicholas Tsoucalas

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2008-1142

YANTAI TIMKEN CO., LTD. and THE TIMKEN COMPANY,

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee,

and

PEER BEARING COMPANY,

Defendant-Appellee.

# Judgment

ON APPEAL from the      United States Court of International Trade

in CASE NO(S).      06-00020

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (MICHEL, Chief Judge, CLEVENGER and MOORE, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATE  December 3, 2008      /s/ Jan Horbaly
         Jan Horbaly, Clerk